UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOHN . GOLPHIN, | ) CV 08-07581-SH |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| Defendant. | ) |
| _____ | ) |

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded pursuant to Sentence 4 of 42 U.S.C.§ 405(g).

DATED: January 5, 2010

_____
/ s /
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE