Eliot R. Samulon, SBN: 67401
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725

Attorney for Plaintiff, JOHN B. GOHPHIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN B. GOLPHIN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | Case No.: 2:08-CV 07581 SH<br><br>**ORDER OF UNITED STATES MAGISTRATE JUDGE RE ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. 2412** |

    Defendant is ordered to pay to plaintiff's counsel of record, as Plaintiff's assignee, the total amount of FOUR THOUSAND, EIGHT HUNDRED DOLLARS and NO CENTS ($4,800.00) representing payment of all plaintiff's claims for attorney's fees and costs in connection with this action pursuant to the Equal Access to Justice Act, in accordance with 28 U.S.C. § 2412(d).

DATED: February 12, 2010        _____
                                            STEPHEN J. HILLMAN
                                            UNITED STATES MAGISTRATE JUDGE

1